**ORIGINAL**

# In the United States Court of Federal Claims

No. 16-1626
Filed: April 4, 2017

```
*******************************************
                                          *
                                          *
NATALIA V. COOK,                          *
                                          *
        Plaintiff, pro se,                *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
        Defendant.                        *
                                          *
                                          *
*******************************************
```

**FILED**

APR - 4 2017

U.S. COURT OF
FEDERAL CLAIMS

## ORDER OF DISMISSAL

On February 3, 2017, the Government filed a Motion To Dismiss, pursuant to Rules of the United States Court of Federal Claims ("RCFC") 12(b)(1) and 12(b)(6). ECF No. 6. Plaintiff's Response was due on March 6, 2017. Plaintiff did not file any response or objection with the court.

On March 15, 2017, the court issued an Order, instructing Plaintiff to show cause why her Complaint should not be dismissed for failure prosecute, pursuant to RCFC 41(b). ECF No. 7. And, that if Plaintiff did not respond to the Order on, or before, April 4, 2017, the court would dismiss Plaintiff's December 5, 2016 Complaint. ECF No. 7.

Pursuant to RCFC 41(b), the court may dismiss Plaintiff's claim, with prejudice, for failure to prosecute. *See* RCFC 41(b) ("If the plaintiff fails to prosecute or to comply with [the RCFC] or a court order, the court may dismiss on its own motion . . . . Unless the dismissal order states otherwise, a dismissal under this subdivision . . . operates as an adjudication on the merits[.]"). Because Plaintiff has failed to file a Response to the February 3, 2017 Motion To Dismiss and the March 15, 2017 Show Cause Order, this case is dismissed, with prejudice, for failure to prosecute.

Accordingly, the Clerk is directed to close this case. And, the February 3, 2017 Motion To Dismiss is moot.

**IT IS SO ORDERED.**

_____
**SUSAN G. BRADEN**
**Chief Judge**

7014 1200 0000 9093 6972